

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00375-CR

Todd Andrew **MAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2283B
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 21, 2013.

_____
Patricia O. Alvarez, Justice